by the Renown Paper Box Company against Hyman Topilow and another. No opinion. Application denied, with $10 costs. Order signed.

In re RICH. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) In the matter of the application of Anna Ingersoll Rich for a writ of mandamus directing the Onondaga Chapter, Daughters of the American Revolution, and the officers thereof, to reinstate said Anna Ingersoll Rich to membership, etc. Final order and judgment, and order denying motion for new trial, affirmed, with costs. Interlocutory judgment, order denying motion to frame issues, and order denying motion to make alternative writ more definite and certain, affirmed, without costs. See, also, 160 App. Div. 912, 145 N. Y. Supp. 1143.

RICHARDSON PRESS v. VANDERGRIFT. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Richardson Press against Joseph H. Vandergrift. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 238.

RINI, Appellant, v. RINI, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Pietrina Rini against Nicola Rini.
PER CURIAM. Order affirmed, without costs. In affirming this order the court expresses no opinion as to whether defendant is liable in any proceedings that may be taken to punish him for contempt for failure to pay arrears of alimony.

ROBINSON v. McKNIGHT et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Frank B. Robinson, suing, etc., against Charles McKnight and others, impleaded with the Western National Bank. R. E. T. Riggs, of New York City, for appellants. T. H. Keogh, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Sadler v. Boston & Bolivia Copper Co., 140 App. Div. 367, 125 N. Y. Supp. 405, affirmed 202 N. Y. 547, 95 N. E. 1139. Order filed. See, also, 151 N. Y. Supp. 1142.

ROBINSON v. McKNIGHT et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Frank B. Robinson, suing, etc., against Chas. McKnight and others, impleaded, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1142.

ROBINSON CLAY PRODUCTS CO. v. JOHN THATCHER & SON. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by the Robinson Clay Products Company against John Thatcher & Son. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 658.

RODD v. C. F. BIELE & SONS CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Frederick E. Rodd against the C. F. Biele & Sons Company. No opinion. Application denied, with $10 costs. Order signed.

ROESLER, Respondent, v. DUNKIRK HOME TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Eva Roesler, an infant, etc., against the Dunkirk Home Telephone Company.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 162 App. Div. 923, 146 N. Y. Supp. 1110.
ROBSON and FOOTE, JJ., dissent.

ROOT v. PULITZER et al. (two cases). (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by W. Russell Root, suing, etc., against Walter Pulitzer, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 163 App. Div. 949, 148 N. Y. Supp. 1141.

ROOT v. PULITZER MAGAZINE CO. et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by W. Russell Root, suing, etc., against the Pulitzer Magazine Company, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs.

ROOT v. PULITZER PUB. CO. et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by W. Russell Root, suing, etc., against the Pulitzer Publishing Company, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ROSENTHAL, Respondent, v. SOLOTOREFSKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Max Rosenthal against Isidor Solotorefsky and others. No opinion. Order affirmed, with $10 costs and disbursements.

ROSS, Appellant, v. PENDERGAST, Respondent. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by William O. Ross against Martin J. Pendergast. No opinion. Order affirmed, with $10 costs and disbursements.

ROTH v. SPENCER et al. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by Max Roth against H. Jay Spencer and another. No opinion. Motion to dismiss appeal granted, unless the appellant serves and files printed case, and has case ready for argument at the next term of this court, in which case motion is denied. See, also, 158 App. Div. 895, 142 N. Y. Supp. 1142.